# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WORCESTER DIVISION

| | |
|---|---|
| JENN RIVERA,<br>      Plaintiff,<br><br>v.<br><br>ALLIED ACCOUNT SERVICES, INC.,<br>      Defendant | )<br>)<br>)<br>)<br>) **Case No.: 4:12-cv-40052**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of the underlying matter with prejudice, without cost to either party and waiving all rights of appeal.

| | |
|---|---|
| /S/ Andrew M. Schneiderman | /S/ Craig Thor Kimmel |
| Andrew M. Schneiderman, Esquire | Craig Thor Kimmel, Esquire |
| BBO# 666252 | BBO# 662924 |
| Hinshaw & Culbertson, LLP | Kimmel & Silverman, P.C. |
| 28 State Street, 24th Fl. | 30 E. Butler Pike |
| Boston, MA 02109-1775 | Ambler PA 19002 |
| Phone: (617) 213-7000 | Phone: (215) 540-8888 |
| Email: aschneiderman@hinshawlaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: February 12, 2013 | Date: February 12, 2013 |

BY THE COURT:

_____
                                  J.